Graham B. Miller, OSB No. 161424
gmiller@wshblaw.com
Ian D. Baldwin, OSB No. 153103
ibaldwin@wshblaw.com
Wood, Smith, Henning & Berman LLP
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
Telephone: 971-256-4010
Facsimile: 971-275-1928

*Attorneys for Third-Party Defendant/
Fourth-Party Plaintiff Deering Management Group, Inc*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AMERICAN FIRE & CASUALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br>  v.<br><br>A.O. SMITH CORP.,<br><br>        Defendants.<br>  v.<br><br>DEERING MANAGEMENT GROUP, INC.,<br><br>        Third-Party Defendant, | Lead Case No. 3:21-cv-00607-MO (Consolidated with Case No: 3:21-cv-00401-JR)<br><br>THIRD-PARTY DEFENDANT/FOURTH-PARTY PLAINTIFF DEERING MANAGEMENT GROUP, INC.'S AMENDED FOURTH PARTY COMPLAINT |

AMERICAN INTERNATIONAL GROUP UK LIMITED, as Subrogees of Providence St. Joseph Health; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON Subscribing to Policy No. BOWPN190046, as Subrogees of Providence St. Joseph Health; and PROVIDENCE ST. JOSEPH HEALTH,

   Plaintiffs,
 v.

DOES 1 THROUGH 15,

   Defendants
 v.

A.O. SMITH CORP.,

   Defendant/Third-Party Plaintiff.
 v.

DEERING MANAGEMENT GROUP, INC.,

   Third-Party Defendant/Fourth-Party Plaintiff
 v.

ALLIANT SYSTEMS, LLC; DETEMPLE COMPANY, INC.; and WUMBLER SERVICES LLC dba SERVICEMASTER SOLUTIONS

   Fourth-Party Defendants,

   Third Party Defendant / Fourth-Party Plaintiff Deering Management Group, Inc. ("Deering") alleges as follows against Fourth-Party Defendants Alliant Systems, LLC ("Alliant"), Wumbler Services LLC dba ServiceMaster Solutions ("ServiceMaster"), and DeTemple Co Inc. ("DeTemple") (hereinafter collectively "Fourth-Party Defendants"):

## **FOURTH-PARTY COMPLAINT**

1.

   Third-Party Plaintiff A.O. Smith Corporation ("A.O. Smith") has filed claims against Deering for breach of indemnification and contribution arising out of a dispute regarding a water heater at a

building, located at 29345 SW Town Center Loop E, Wilsonville, Oregon 97070 ("Building"). A.O. Smith alleges negligence in the maintenance of the Building, among other allegations, in Paragraph 13 of their Third-Party Complaint, attached hereto as Exhibit A.

2.

A.O. Smith's Third-Party Complaint alleges that, as a direct and proximate result of alleged negligent maintenance/repairs at the Building, A.O. Smith may be held liable to Plaintiffs American Fire & Casualty Insurance Company, American International Group UK Limited, Certain Underwriters at Lloyd's of London and Providence St. Joseph Health in an amount to be proven at trial.

3.

A.O. Smith's Third-Party Complaint alleges at Paragraph 13 that the "alleged deficiencies in the water heater's performance and the ensuing water loss are a direct and proximate result of deficiencies in Deering's management of the property and/or failure to properly maintain the water heater." Additionally, A.O. Smith's Third-Party Complaint alleges at Paragraph 14 "[t]hat if the Plaintiffs sustain any damages as a result of the defects and deficiencies alleged in their Complaints… such damages are the direct and proximate result of the acts or omissions of Deering." A.O. Smith also alleges in Paragraph 16 of its Third-Party Complaint its "liability to Plaintiffs for any damages is passive and secondary whereas Deering's negligence or other culpable acts, omissions, or conduct are primary" and alleges in Paragraph 20 of its Third-Party Complaint that "if A.O. Smith is found to have some degree of liability or fault, Deering is primarily responsible for Plaintiff's damages, if any, as the damages were caused primarily by Deering's negligence."

4.

Plaintiff American Fire & Casualty Insurance Company alleges in Paragraph 22 of its Complaint, attached hereto as Exhibit B, that as a result of the water heater failure they have suffered "damages not less than $1,976,970.61 to the GEM Property."

5.

Plaintiffs American International Group UK Limited, Certain Underwriters at Lloyd's of

THIRD-PARTY DEFENDANT DEERING MANAGEMENT
GROUP, INC.'S AMENDED FOURTH-PARTY COMPLAINT - 3

WOOD, SMITH, HENNING & BERMAN LLP
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
971-256-4010

London, and Providence St. Joseph Health allege in Paragraph 48 of their Complaint, attached hereto as Exhibit C, that they "have incurred damages in an amount not less than $900,935.44" resulting from the failure of the water heater.

6.

At all material times, Deering was an Oregon corporation authorized to do business in the State of Oregon. Deering was a commercial property manager at the Building.

7.

At all material times, Alliant was an Oregon limited liability company authorized to do business in the State of Oregon. On information and belief, Alliant performed plumbing repairs and other related construction services on the Building. On information and belief, as part of those repairs, Alliant did construction work and maintenance on the water heater. To the extent A.O. Smith's allegations are proven true, Alliant contributed to any such deficiencies in the water heater's maintenance, repair, and performance and the ensuing water loss alleged in Paragraph 13 of the Third-Party Complaint.

8.

At all material times, ServiceMaster was an Oregon limited liability company authorized to do business in the State of Oregon. On information and belief, ServiceMaster performed plumbing repairs and other related construction services on the Building. On information and belief, as part of those repairs, Service Master did construction work and maintenance on the water heater, including repairing a leak. To the extent A.O. Smith's allegations are proven true, ServiceMaster contributed to any such deficiencies in the water heater's maintenance, repair, and performance and the ensuing water loss alleged in Paragraph 13 of the Third-Party Complaint.

9.

At all material times, DeTemple was an Oregon corporation authorized to do business in the State of Oregon. On information and belief, DeTemple performed plumbing repairs and other related construction services on the Building. On information and belief, as part of those repairs, DeTemple did construction work and maintenance on the water heater. To the extent A.O. Smith's

THIRD-PARTY DEFENDANT DEERING MANAGEMENT
GROUP, INC.'S AMENDED FOURTH-PARTY COMPLAINT - 4

WOOD, SMITH, HENNING & BERMAN LLP
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
971-256-4010

allegations are proven true, DeTemple contributed to any such deficiencies in the water heater's maintenance, repair, and performance and the ensuing water loss alleged in Paragraph 13 of the Third-Party Complaint.

## FIRST CLAIM FOR RELIEF

(Breach of Contract)

(Against all Fourth-Party Defendants)

10.

Deering re-alleges and incorporates all prior paragraphs as though fully set forth herein.

11.

Deering disputes the claims alleged in A.O. Smith's Third-Party Complaint and denies any liability for the claims alleged therein. Each of the Fourth-Party Defendants have written or oral contracts with Deering for their respective work performed on the Building. Under the terms of those contracts with Deering, Fourth-Party Defendants had a duty to perform their work in a workmanlike manner, and in compliance with all applicable plans and specifications, building codes, regulations, and ordinances.

12.

Deering has performed all obligations and conditions to be performed on its part under the aforementioned contracts with Fourth-Party Defendants, except those that have been waived or excused, or that Deering has been prevented from performing.

13.

To the extent that Deering is determined to have any liability to A.O. Smith for the negligence and related damages alleged by A.O. Smith, those claims arose as a result of Fourth-Party Defendants breaching their contractual duties to Deering to perform their work in a reasonable and workmanlike manner, and in compliance with all applicable plans and specifications, building codes, regulations, and ordinances, and Deering has been damaged as a result.

14.

To the extent that Deering is found liable in whole or in part to A.O. Smith, Fourth-Party

Defendants are liable to Deering for breach of contract in the amount of any such recovery obtained by A.O. Smith.

## SECOND CLAIM FOR RELIEF

(Negligence / Contribution)

(Against all Fourth-Party Defendants)

15.

Deering re-alleges and incorporates all prior paragraphs as though fully set forth herein.

16.

Each of the Fourth-Party Defendants had a duty to perform its work on the Building in a reasonable and workmanlike manner, and in compliance with applicable plans and specifications, building codes, regulations, and industry standards.

17.

To the extent that Deering is determined to have any liability to A.O. Smith for the negligence and related damages alleged by A.O. Smith, including the alleged negligence in paragraph 13 of A.O Smith's Third Party Complaint, those claims arose as a result of Fourth-Party Defendants failing to perform their work in a reasonable and workmanlike manner, and in compliance with applicable plans and specifications, building codes, regulations, and industry standards, and Deering has been damaged as a result.

18.

It was foreseeable that the failure of Fourth-Party Defendants to perform their work in a reasonable and workmanlike manner and in compliance with applicable plans and specifications, building codes, regulations, and industry standards would result in damage to the Building.

19.

Deering denies liability for the claims alleged in A.O. Smith's Third-Party Complaint. Nonetheless, if Deering is found liable to A.O. Smith, Fourth-Party Defendants are primarily responsible for A.O. Smith's damages, if any, as alleged in A.O. Smith's Third-Party Complaint, as any such damages would be directly and proximately caused by the negligence of Fourth-Party

Defendants, not Deering.

20.

Deering alleges contribution against all Fourth-Party Defendants as may be required by ORS Chapter 18 and/or ORS 31.800 et seq., in order to retain their names on the verdict form to the extent any Fourth-Party Defendant settles with A.O. Smith or any other party prior to, or during trial.

## PRAYER

WHEREFORE, Deering prays for judgment as follows:

1. On Deering's First Claim for Relief, for judgment in favor of Deering and recovery of Deering's costs and disbursements incurred herein;

2. On Deering's Second Claim for Relief, for judgment in favor of Deering and recovery of Deering's costs and disbursements incurred herein;

3. Such other further relief as the Court deems just and proper.

DATED this 16th day of August, 2022     By:     */s Ian D. Baldwin*
Graham B. Miller, OSB No. 161424
Ian D. Baldwin, OSB No. 153103
Wood, Smith, Henning & Berman LLP
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
gmiller@wshblaw.com
ibaldwin@wshblaw.com
Telephone: 971-256-4010
Facsimile: 971-275-1928

*Attorneys for Fourth-Party Plaintiff Deering Management Group, Inc.*

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the undersigned is a citizen of the United States and a resident of the State of Oregon, living in said state, over the age of eighteen (18) years, not a party to, and competent to be a witness in this action; that on this date the undersigned caused to be served on counsel of record as shown below, in the manner indicated, a true and correct copy of the foregoing document.

| | |
|---|---|
| Heather C. Beasley, OSB #965443<br>Davis Rothwell Earle & Xochihua, PC<br>200 SW Market Street, Suite 1800<br>Portland, OR 97201<br>hbeasley@davisrothwell.com<br><br>and<br><br>Eugene M. LaFlamme<br>*PRO HAC VICE*<br>Jacob E. Kempowski<br>*PRO HAC VICE*<br>McCoy Leavitt Laskey, LLC<br>N19 W24200 Riverwood Drive, Suite 125<br>Waukesha, Wisconsin 53188<br>Email: elaflamme@mlllaw.com<br>       jkempowski@mlllaw.com<br>       kharris@mlllaw.com<br>       ahinrichs@mlllaw.com<br><br>(X) *Via CM/ECF Filing*<br><br>*Of Attorneys for Defendant/Third-Party Plaintiff A.O. Smith Corporation* | Kevin A. Schummer, OSB #140276<br>Grotefeld, Hoffmann, Gordon, Ochoa & Evinger, LLP<br>324 S. Abernathy Street<br>Portland, OR 97239<br>Email: kschummer@ghlaw-llp.com<br>       lheath@ghlaw-llp.com<br>       rwilliams@ghlaw-llp.com<br><br>(X) *Via CM/ECF Filing*<br><br>*Of Attorneys for Plaintiff American Fire & Casualty Insurance Company* |

S. Kenji Kozuma, OSB #954806
MKB Lawyers
3723 N Williams Avenue
Portland, OR  97227
Email:  kenji@mckeleykozuma.com

and

Zachary P. Marks, California SBN #284642
Media Benjamin, California SBN #236953
Denenberg Tuffley, PLLC
1900 Avenue of the Stars, Suite 300
Los Angeles, CA  90067-4305
Email: zmarks@dt-law.com
         mbenjamin@dt-law.com


(X) *Via CM/ECF Filing*

*Of Attorneys for Plaintiffs American International Group UK Limited, as Subrogees of Providence St. Joseph Health; Certain Underwriters at Lloyd's of London Subscribing to Policy No. BOWPN1900046, as Subrogees of Providence St. Joseph Health; and Providence St. Joseph Health*

Service Master Commercial Solutions, LLC
Alison Haney Bruck
780 Commercial Street SE, Suite 100
Salem, OR 97301
alison.haneybruck@servicemaster.com

*(X) Via U.S. Mail*
*(X) Via E-Mail*


Aaron J Potter
Hart Wagner LLP
1000 SW Broadway Ste 2000
Portland OR  97205
ajp@hartwagner.com

(X) *Via CM/ECF Filing*

*Of Attorney for Alliant Systems*


Christopher K Dolan
Jordan Ramis PC
2 Centerpointe Dr. 6th Fl
Lake Oswego, OR  97035
chris.dolan@jordanramis.com

and

Peter D. Motley
Law Offices of Katrhyn Reynolds Morton
PO Box 7218
London, KY 40742
Peter.Motley@LibertyMutual.com

(X) *Via CM/ECF Filing*

*Of Attorneys for DeTemple*

Wumbler Services, LLC, dba ServiceMaster Solutions
c/o Registered Agent, Shadian Hertsel
6650 SW Redwood Ln, Ste. 300
Portland, OR 97224

(X) Via Personal Service

DATED this 16th day of August, 2022.

                                                */s/ Chanelle S. Curfman*
                                                Chanelle S. Curfman, Legal Assistant
                                                ccurfman@wshblaw.com

25779709.1:06142-2043